DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL GARCES,**
Appellant,

v.

**STACY L. DESROSIERS,**
Appellee.

No. 4D18-8

[July 26, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 16-008204 CACE.

Sophia NS Blair of the SNSB Law Firm, PLLC, Oakland Park, for appellant.

Carol A. Gart of Carol A. Gart, P.A., Boca Raton; and Steven Graham of Steven Graham, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***